**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARTIN PECORINO,

        Plaintiff,

v.                                           Case No:  5:20-cv-399-Oc-40PRL

REGIONS BANK,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation For Dismissal With Prejudice (Doc. 22), filed February 2, 2021. The dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file in this case.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties